AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

FILED
AUG 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA
v.
KEITH WESLEY, JR.

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-08-70504-WDB | 4:08CR00405 CDP | 4-08-70504-WDB | 4:08CR00405 CDP |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

**charging a violation of** Title 21 U.S.C. § 846, 841(b)(1)(A)(i) and 841(b)(1)(C) and Title 21 U.S.C. Sec. 853(p)

**DISTRICT OF OFFENSE**
United States District Court, Eastern District of Missouri, St. Louis

**DESCRIPTION OF CHARGES:**
Count 1:  Conspiracy to Distribute, and Possess with Intent to Distribute Heroin
Count 2:  Conspiracy to Distribute, and Possess with Intent to Distribute MDMA
Count 10: Forfeiture Count

**CURRENT BOND STATUS:**

☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other (specify) On 8/13/08, the defendant admitted his identity, waived his Identity/Removal Hrg. and Detention Hrg. in the District of Arrest, reserving his rights to revisit the matter of Detention de novo in the Eastern Dist. of Missouri.

**Representation:**   ☐ Retained Own Counsel   ☐ Federal Defender Organization   ☒ CJA Attorney   ☐ None

**Interpreter Required?**   ☒ No   ☐ Yes   Language: _____

**TO: THE UNITED STATES MARSHAL** NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

8/14/08
Date

United States ~~Judge or~~ Magistrate Judge WAYNE D. BRAZIL

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

cc: WDB's staff; Pretrial Svcs.; 2 certified copies to Marshal