UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

**FILED**
SEP - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

General Court Number
510.637.3530

August 18, 2008

Office of the Clerk
U.S. District Court, Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 S. 10th Street, Suite 3.300
St. Louis, MO 63102

Case Name:     US-v-Keith Wesley, Jr.
Case Number:   4-08-70504-WDB         EDMO #4:08CR00405 CDP
Charges:       21:846, 21:841(b)(1)(A)(I) and 841(b)(1)©, 21:853(p)

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Wayne D. Brazil. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant
      to your district forthwith.
( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:
            original Rule 5 affidavit
      certified copy of *AO 94, Commitment to Another District*

**Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.**

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Kelly Collins
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

4:08CR405 CDP/FRB

Date: 8/27/08

CLERK, U.S. DISTRICT COURT
By _____
      Deputy Clerk